IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **MARCELLUS A. ELDER,** | ) | 1:07-CV-0111-AWI WMW HC |
| Petitioner, | ) ) | **ORDER REQUIRING PETITIONER TO FILE** |
| vs. | ) ) | **PETITION ON CORRECT FORM** |
| **K. MENDOZA-POWERS,** | ) ) ) | THIRTY DAY DEADLINE |
| Respondent. | ) ) | |
| _____ | ) | |

Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241. The only "petition" filed in this case is a letter dated June 9, 2006. To proceed in this action, Petitioner must filed a completed petition on the proper form. Accordingly, the Clerk of the Court is HEREBY DIRECTED to send Petitioner a form for a Section 2241 petition. Petitioner is HEREBY ORDERED to complete the form and file it with the court within thirty (30) days of the date of service of this order, labeling the petition with the case number of this case. Petitioner's failure to timely file a

completed petition in this case will result in the dismissal of this case.

IT IS SO ORDERED.

**Dated:   September 12, 2008**               /s/  **William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE